**PROBATION AND SUPERVISED RELEASE VIOLATIONS**

**Classification of Violations**

(a) There are three grades of probation and supervised release violations:
    (1) <u>Grade A Violations</u> -- conduct constituting (A) a federal, state, or local offense punishable by a term of imprisonment exceeding one year that (i) is a crime of violence, (ii) is a controlled substance offense, or (iii) involves possession of a firearm or destructive device of a type described in 26 U.S.C. §5845(a); or (B) any other federal, state, or local offense punishable by a term of imprisonment exceeding twenty years;
    (2) <u>Grade B Violations</u> -- conduct constituting any other federal, state, or local offense punishable by a term of imprisonment exceeding one year;
    (3) <u>Grade C Violations</u> -- conduct constituting (A) a federal, state, or local offense punishable by a term of imprisonment of one year or less; or (B) a violation of any other condition of supervision.

(b) Where there is more than one violation of the conditions of supervision, or the violation includes conduct that constitutes more than one offense, the grade of the violation is determined by the violation having the most serious grade.

**REVOCATION TABLE**
**(in months of imprisonment)**

**Criminal History Category***

| Grade of Violation | I | II | III | IV | V | VI |
|---|---|---|---|---|---|---|
| Grade C | 3-9 | 4-10 | 5-11 | 6-12 | 7-13 | 8-14 |
| Grade B | 4-10 | 6-12 | 8-14 | 12-18 | 18-24 | 21-27 |

Grade A    (1) Except as provided in subdivision (2) below:

| I | II | III | IV | V | VI |
|---|---|---|---|---|---|
| 12-18 | 15-21 | 18-24 | 24-30 | 30-37 | 33-41 |

(2) Where the defendant was on probation or supervised release as a result of a sentence for a Class A felony:

| I | II | III | IV | V | VI |
|---|---|---|---|---|---|
| 24-30 | 27-33 | 30-37 | 37-46 | 46-57 | 51-63 |

\* The criminal history category is the category applicable at the time the defendant originally was sentenced to a term of supervision.

Note: Mandatory revocation of probation is required when the new offense is possession of a firearm or the illegal possession of controlled substances. Reference Sections 6214 and 7303 respectively of the Anti-Drug Abuse Act of 1988 (Pub S No. 100-690, November 18, 1988).

Note: The Commission leaves to the Court the determination of whether evidence of drug usage established solely by laboratory analysis constitutes a possession of a controlled substance "as set forth in 18, USC 3565(a) and 3583(g)."

PROB 12
(Rev. 10/93)

# United States District Court

for the

**Eastern District of Pennsylvania**

September 16, 2024

| | |
|---|---|
| U.S.A. vs. Mantieo Haywood | Case No.: 2:07CR000143-001 & 2:07CR000144-001 |

**VIOLATION OF SUPERVISED RELEASE**

      COMES NOW Nicole Seader U.S. PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Mantieo Haywood who was placed on supervised release by the Honorable Stewart Dalzell sitting in the Court at Philadelphia, PA, on the 9th day of April 2008, who fixed the period of supervision at 16 years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**ORIGINAL OFFENSE:** Docket No.: 2:07CR000143-001 Distribution of five grams or more of cocaine base "crack" within 1,000 feet of a school (Count Two); distribution of five grams or more of cocaine base "crack" (Count Three); and possession with intent to deliver five grams or more of cocaine base "crack" (Count Four); Docket No.: 2:07CR000144-001 Felon in possession of a firearm (Count One).

**ORIGINAL SENTENCE:** The defendant was sentenced to the custody of the U.S. Bureau of Prisons for a period of 132 months, to be followed by sixteen years of supervised release. A $400.00 special assessment was also imposed and due immediately.

**SPECIAL CONDITIONS:** 1) If the probation department determines that Mr. Haywood would benefit from a drug treatment program, the probation department shall submit a proposed treatment plan to the Court for consideration; 2) Mr. Haywood shall pay a fine in the amount of $2,500.00. Mr. Haywood shall make payments towards his financial obligations under the Inmate Financial Responsibility Program at a rate of $25.00 a quarter while he is in custody. Any balance shall be paid in equal annual installments during Mr. Haywood's term of supervised release.

**AMENDED JUDGEMENT:** On January 10, 2012, the sentence was amended pursuant to 18 U.S.C.374 2(f)(1) and (2) and the defendant was re-sentenced to 120 months. All other conditions remained imposed and without adjustment.

RE: **Haywood, Mantieo**
**Case Nos.: 2:07CR000143-001 & 2:07CR000144-001**

<u>SUPERVISION COMMENCED</u>: November 13, 2015

<u>SUPERVISION TERMINATES</u>: November 12, 2031

<u>JUDICIAL REASSIGNMENT</u>: This case was reassigned to the judicial calendar of the Honorable Harvey Bartle, III on March 29, 2019.

The above probation officer has reason to believe that the supervised releasee has violated the terms and conditions of their supervision under such circumstances as may warrant revocation. These conditions are:

A. <u>Mandatory Condition:</u> The defendant shall not commit another federal, state, or local crime.

   According to the PARS report, on September 7, 2024, at approximately 8:09 pm, two Philadelphia Police officers observed a vehicle (later determined to be driven by the defendant) make a series of illegal left turns. The officers continued to follow in the same direction of the vehicle in an attempt to conduct a vehicle stop, when the defendant pulled the car onto a street and abruptly exited the vehicle from the driver's seat and began running away, leading to a foot pursuit. As the defendant was running through an alley, the defendant tripped and fell, and the officers observed a black firearm fall out of his waistband onto the street. The defendant was directed to remain on the ground and the weapon retrieved was a black Glock 30 .45MM with one round in the chamber and 12 live rounds in the magazine. The defendant was arrested by the Philadelphia Police Department and charged with possession of a firearm by a convicted felon (F1); firearm not to be carried without a license (F3) and carrying firearms in a public place (M1).

   Mr. Haywood appeared for an initial appearance on DC#24-22-065102 and bail has been set at $75,000.00. His next court appearance is a preliminary hearing scheduled for September 24, 2024.

**GRADE OF VIOLATION**                                                                                                           <u>B</u>

RE:   Haywood, Mantieo
Case Nos.: 2:07CR000143-001 & 2:07CR000144-001

PRAYING THAT THE COURT WILL ORDER...   THE ISSUANCE OF A WARRANT, TO BE LODGED AS A DETAINER, DIRECTING THE NAMED SUPERVISED RELEASEE BE ARRESTED AND BROUGHT BEFORE THE COURT AT A REVOCATION HEARING.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

Kyle M. Watts
Digitally signed by Kyle M. Watts
Date: 2024.09.16 12:32:46 -04'00'

Kyle M. Watts
Supervising U.S. Probation Officer

Place:  Philadelphia, PA
Date:   September 16, 2024

NES

cc:  Assistant U.S. Attorney
     Defense Attorney
     U.S. Marshals - Warrant Squad

**CLERK'S OFFICE**
TRUE COPY CERTIFIED FROM THE RECORD

Sep/16/2024

By: s/ THOMAS GIAMBRONE

**Deputy Clerk, U.S. District Court**
**Eastern District of Pennsylvania**

### ORDER OF THE COURT

Considered and ordered this   16th   day of   September   , 2024 and ordered filed and made part of the records in the above case.

*Harvey Bartle III*
The Honorable Harvey Bartle, III
U.S. District Court Judge

**INFORMATION SHEET FOR REVOCATION OF SUPERVISION**

| | |
|---|---|
| **United States of America** ) | Case No.: Case No.: 2:07CR000143-001 & 2:07CR000144-001 |
| vs. ) | |
| Mantieo Haywood ) | |

| | |
|---|---|
| Defendant's last known Address and Telephone Number: | 1010 S. 51st Street<br>Philadelphia, PA 19143 |
| Defendant is in custody at: | Curran-Fromhold Correctional Facility<br>7901 State Road<br>Philadelphia, PA 19136 |
| Defendant's last known Counsel Address and Telephone Number: | Leigh Michael Skipper, Esquire &<br>Nina Carpiniello Spizer, Esquire<br>Federal Defender's Office<br>Curtis Center Building<br>Suite 540 West<br>Philadelphia, PA 19106<br>215-928-1100 |
| Assistant U.S. Attorney Address and Telephone Number: | Vicki J. Markovitz, Esq.<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106<br>215-861-8379 |

Kyle M. Watts
Digitally signed by Kyle M. Watts
Date: 2024.09.16 12:33:14 -04'00'

For: Nicole E. Seader
U.S. Probation Officer

Telephone No. 267-299-4531